JUDITH SHOPHET SIDKOFF (SBN 267048)
judith.sidkoff@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

SHARI L. KLEVENS (*Pro Hac Vice*)*
CRAIG M. GIOMETTI (*Pro Hac Vice*)*
shari.klevens@dentons.com
craig.giometti@dentons.com
DENTONS US LLP
1900 K Street, N.W.
Washington, DC 20006
Telephone: (202) 496-7500
Facsimile: (202) 496-7756

J. RANDOLPH EVANS (*Pro Hac Vice*)*
randy.evans@dentons.com
DENTONS US LLP
303 Peachtree Street, Suite 5300
Atlanta, GA 30308
Telephone: (404) 527-4000
Facsimile: (404) 527-4198

Attorneys for Defendant
Aspen American Insurance Company
**Pro Hac Vice* applications filed concurrently

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIGRO KARLIN SEGAL FELDSTEIN & BOLNO, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ASPEN AMERICAN INSURANCE COMPANY, AND DOES 1-100, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:17-CV-00811<br><br>**DECLARATION OF SHARI L. KLEVENS IN SUPPORT OF NOTICE OF REMOVAL** |

## DECLARATION OF SHARI L. KLEVENS

I, Shari L. Klevens, declare:

1. I am an attorney at the law firm of Dentons US LLP and am licensed and in good standing to practice in the Commonwealth of Virginia, the District of Columbia, and the State of Georgia. I have personal and firsthand knowledge of the facts stated in this declaration. If called upon to do so, I could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of a Statement of Information dated May 5, 2015 for Nigro Karlin Segal Feldstein & Bolno, LLC obtained from the website for the California Secretary of State on January 31, 2017. The Statement of Information identifies Mickey Segal as a manager or member of Nigro Karlin Segal Feldstein & Bolno, LLC and lists an address of 10960 Wilshire Boulevard, 5th Floor, Los Angeles, California, 90024.

3. Attached as Exhibit 2 is a Dun & Bradstreet report for Nigro Karlin Segal Feldstein & Bolno, LLC. This report identifies Mickie [sic] Segal as manager/partner and Fred Nigro and Richard Felstein [sic] as members of Nigro Karlin Segal Feldstein & Bolno, LLC.

4. Based on publicly-available information, including information from the website for Nigro Karlin Segal Feldstein & Bolno, LLC (www.nksfb.com) and Accurint reports (which provide information from public records), it appears that Mickey Segal, Fred Nigro, and Richard Feldstein reside in California.

2

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 31st day of January in New York, New York.

_____
Shari L. Klevens

102336066\V-2

3