# EXHIBIT 1



# State of California
## Secretary of State

**L**

*19*

*ln*

### STATEMENT OF INFORMATION
(Limited Liability Company)
Filing Fee $20.00. If this is an amendment, see instructions.
**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**FILED**
Secretary of State
State of California

**MAY 0 5 2015**

*21|20|PC*

This Space For Filing Use Only

1. **LIMITED LIABILITY COMPANY NAME**
   Nigro Karlin Segal Feldstein & Bolno, LLC

**File Number and State or Place of Organization**

2. SECRETARY OF STATE FILE NUMBER
   **201323310059**

3. STATE OR PLACE OF ORGANIZATION (If formed outside of California)
   CA

**No Change Statement**

4. **If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no Statement of Information has been previously filed, this form must be completed in its entirety.**

   ☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 15.**

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 5 and 7 cannot be P.O. Boxes.)

| | STREET / MAILING ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 5. STREET ADDRESS OF PRINCIPAL OFFICE | 10960 Wilshire Boulevard, 5th Floor | Los Angeles, CA | | 90024 |
| 6. MAILING ADDRESS OF LLC, IF DIFFERENT THAN ITEM 5 | 10960 Wilshire Boulevard, 5th Floor | Los Angeles, CA | | 90024 |
| 7. STREET ADDRESS OF CALIFORNIA OFFICE | 10960 Wilshire Boulevard, 5th Floor | Los Angeles | CA | 90024 |

**Name and Complete Address of the Chief Executive Officer, If Any**

| 8. NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| | | | | |

**Name and Complete Address of Any Manager or Managers, or if None Have Been Appointed or Elected, Provide the Name and Address of Each Member** (Attach additional pages, if necessary.)

| | NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| 9. | Mickey Segal | 10960 Wilshire Boulevard, 5th Floor | Los Angeles, CA | | 90024 |
| 10. | | | | | |
| 11. | | | | | |

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 13 must be completed with a California address, a P.O. Box is not acceptable. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 13 must be left blank.

12. NAME OF AGENT FOR SERVICE OF PROCESS
    eResidentAgent, Inc.   *C 2702827*

13. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL**   CITY   STATE **CA**   ZIP CODE

**Type of Business**

14. DESCRIBE THE TYPE OF BUSINESS OF THE LIMITED LIABILITY COMPANY
    Business Management

15. THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 05/05/2015 | Erika Easter | Authorized Person | *(signature)* |
|---|---|---|---|
| DATE | TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | TITLE | SIGNATURE |

LLC-12 (REV 01/2014)                                    APPROVED BY SECRETARY OF STATE