JUDITH SHOPHET SIDKOFF (SBN 267048)
judith.sidkoff@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

SHARI L. KLEVENS (*Pro Hac Vice*)*
CRAIG M. GIOMETTI (*Pro Hac Vice*)*
shari.klevens@dentons.com
craig.giometti@dentons.com
DENTONS US LLP
1900 K Street, N.W.
Washington, DC 20006
Telephone: (202) 496-7500
Facsimile: (202) 496-7756

J. RANDOLPH EVANS (*Pro Hac Vice*)*
randy.evans@dentons.com
DENTONS US LLP
303 Peachtree Street, Suite 5300
Atlanta, GA 30308
Telephone: (404) 527-4000
Facsimile: (404) 527-4198

Attorneys for Defendant
Aspen American Insurance Company
*derecha*Pro Hac Vice* applications filed concurrently

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIGRO KARLIN SEGAL FELDSTEIN & BOLNO, LLC,<br><br>Plaintiff,<br>v.<br>ASPEN AMERICAN INSURANCE COMPANY, AND DOES 1-100, inclusive,<br><br>Defendants. | Case No. 2:17-CV-00811<br><br>**PROOF OF SERVICE**<br><br>**[Diversity Jurisdiction]** |

# **PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California, I am over the age of 18 and not a party to the within action. My business address is: ☐ 601 So. Figueroa Street, Suite 2500, Los Angeles, CA 90017. ☒ USA Legal Network, 800 W. 1st, Suite 200-B, Los Angeles, CA 90012.

On February 1, 2017, I served the foregoing documents, described as::

1. **CIVIL CASE COVER**
2. **NOTICE OF REMOVAL OF CIVIL ACTION**
3. **DECLARATION OF SHARI L. KLEVENS IN SUPPORT OF NOTICE OF REMOVAL**
4. **CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
5. **PROOF OF SERVICE**

on the parties in said action as follows:

| | |
|---|---|
| Patricia L. Glaser - pglaser@glaserweil.com<br>Michael Cypers - mcypers@glaserweil.com<br>Shawn Thomas - sthomas@glaserweil.com<br>Glaser Weil Fink Howard Avchen & Shapiro LLP<br>10250 Constellation Blvd., 19th Floor<br>Los Angeles, CA 90067 | Attorneys for Plaintiff<br>Nigro Karlin Segal Feldstein &<br>Bolno, LLC |

David P. Schack - david.schack@btlaw.com
Barnes & Thornburg LLP
2029 Century Park East, Suite 300
Los Angeles, CA 90067

☒ **(VIA PERSONAL SERVICE)** I served a true copy of the within document on the interested parties in this action by personally hand delivering a copy of said document to the addressee listed on this proof.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

EXECUTED on February 1, 2017, at Los Angeles, California.

_____
Signature

_____
Print Name

1