| | |
|---|---|
| 1 | PATRICIA L. GLASER- State Bar No. 55668 |
| | pglaser@glaserweil.com |
| 2 | MICHAEL CYPERS - State Bar No. 100641 |
| | mcypers@glaserweil.com |
| 3 | SHAWN THOMAS - State Bar No. 302593 |
| | sthomas@glaserweil.com |
| 4 | GLASER WEIL FINK HOWARD |
| | AVCHEN & SHAPIRO LLP |
| 5 | 10250 Constellation Boulevard, 19th Floor |
| | Los Angeles, California 90067 |
| 6 | Telephone: (310) 553-3000 |
| | Facsimile:  (310) 556-2920 |
| 7 | |
| 8 | David P. Schack (SBN 106288) |
| | david.schack@btlaw.com |
| 9 | Matthew B. O'Hanlon (SBN 253648) |
| | matthew.o'hanlon@btlaw.com |
| 10 | BARNES & THORNBURG LLP |
| | 2029 Century Park East, Suite 300 |
| 11 | Los Angeles, CA 90067-3012 |
| | Telephone:  310-284-3880 |
| 12 | Facsimile:   310-284-3894 |
| 13 | Attorneys for Plaintiff Nigro Karlin Segal Feldstein & Bolno, LLC |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIGRO KARLIN SEGAL FELDSTEIN & BOLNO, LLC, a California limited liability company, | Case No. 2:17-cv-00811-GJS |
| Plaintiff, | **PLAINTIFF NIGRO KARLIN SEGAL FELDSTEIN & BOLNO, LLC'S DEMAND FOR JURY TRIAL** |
| v. | |
| ASPEN AMERICAN INSURANCE COMPANY, a corporation, and DOES 1-100, inclusive, | |
| Defendants. | |

**PLAINTIFF NIGRO KARLIN SEGAL FELDSTEIN & BOLNO, LLC'S DEMAND FOR JURY TRIAL**

1 | Plaintiff Nigro Karlin Segal Feldstein & Bolno, LLC ("NKSFB") hereby
2 | demands trial by jury on all issues so triable.[1]

BARNES & THORNBURG LLP

Dated: February 14, 2017

By: /s/ Matthew B. O'Hanlon
David P. Schack
david.schack@btlaw.com
Matthew B. O'Hanlon
matthew.o'hanlon@btlaw.com
Attorneys for Plaintiff Nigro Karlin
Segal Feldstein & Bolno, LLC

---

[1] NKSFB makes this demand without conceding the existence of subject matter jurisdiction in this Court, and reserves all rights in that regard.

1

**PLAINTIFF NIGRO KARLIN SEGAL FELDSTEIN & BOLNO, LLC'S DEMAND FOR JURY TRIAL**