PATRICIA L. GLASER- State Bar No. 55668
pglaser@glaserweil.com
MICHAEL CYPERS - State Bar No. 100641
mcypers@glaserweil.com
SHAWN THOMAS - State Bar No. 302593
sthomas@glaserweil.com
GLASER WEIL FINK HOWARD
AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile:  (310) 556-2920

David P. Schack (SBN 106288)
david.schack@btlaw.com
Matthew B. O'Hanlon (SBN 253648)
matthew.o'hanlon@btlaw.com
BARNES & THORNBURG LLP
2029 Century Park East, Suite 300
Los Angeles, CA 90067-3012
Telephone:  310-284-3880
Facsimile:   310-284-3894

Attorneys for Plaintiff Nigro Karlin Segal Feldstein & Bolno, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIGRO KARLIN SEGAL FELDSTEIN & BOLNO, LLC, a California limited liability company,<br><br>            Plaintiff,<br><br>      v.<br><br>ASPEN AMERICAN INSURANCE COMPANY, a corporation, and DOES 1-100, inclusive,<br><br>            Defendants. | Case No. 2:17-cv-00811-GJS<br><br>**PLAINTIFF NIGRO KARLIN SEGAL FELDSTEIN & BOLNO, LLC'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 7.1-1** |

**PLAINTIFF'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 7.1-1**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, Plaintiff Nigro Karlin Segal Feldstein & Bolno, LLC ("NKSFB") files this Certification and Notice of Interested Parties in the above-captioned matter.

The undersigned, counsel of record for NKSFB, certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case within the meaning of Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

1) NKSFB, Plaintiff;
2) First Republic Bank, member of NKSFB;
3) Nigro Karlin Segal & Feldstein, LLP ("NKSF"), member of NKSFB;
4) Michael Karlin, partner in NKSF;
5) Mickey Segal, partner in NKSF;
6) Richard Feldstein, partner in NKSF;
7) David Bolno, partner in NKSF;
8) Dian Vaughn, partner in NKSF;
9) Craig Brown, partner in NKSF;
10) Brian Meath, partner in NKSF;
11) Joe Press; partner in NKSF;
12) Irwin Nachimson, partner in NKSF;
13) Kyle Uemura, partner in NKSF;
14) Denise Hart, partner in NKSF;
15) Maria Pemstein, partner in NKSF;
16) Gary Scharf, partner in NKSF;
17) Mabel Tash, partner in NKSF;
18) Thomas Kingsley, partner in NKSF;
19) Fred Nigro, partner in NKSF;
20) Jon Leffel, partner in NKSF;

1

**PLAINTIFF'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 7.1-1**

21) Bessy Wong, partner in NKSF;

22) Laura DiMaggio, partner in NKSF;

23) Bob Jason, partner in NKSF;

24) Daniel F. Moore, partner in NKSF;

25) Scott Rosen, partner in NKSF;

26) Eric Rosenthal, partner in NKSF;

27) Mark Silah, partner in NKSF;

28) Jill Goldstein, partner in NKSF; and

29) Upon information and belief, Defendant Aspen American Insurance Company, Defendant.

NKSFB states that it does not have a parent corporation, but that First Republic Bank has a 10% or more ownership interest in NKSFB.

Pursuant to Local Rule 7.1–1, NKSFB will update this Certification and Notice of Interested Parties should any material change in the status of interested parties occur.

BARNES & THORNBURG LLP

Dated: February 14, 2017        By: /s/ Matthew B. O'Hanlon
David P. Schack
david.schack@btlaw.com
Matthew B. O'Hanlon
matthew.o'hanlon@btlaw.com
Attorneys for Plaintiff Nigro Karlin Segal Feldstein & Bolno, LLC

PLAINTIFF'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 7.1-1