1  PATRICIA L. GLASER- State Bar No. 55668
   pglaser@glaserweil.com
2  MICHAEL CYPERS - State Bar No. 100641
   mcypers@glaserweil.com
3  SHAWN THOMAS - State Bar No. 302593
   sthomas@glaserweil.com
4  GLASER WEIL FINK HOWARD                                JS-6
   AVCHEN & SHAPIRO LLP
5  10250 Constellation Boulevard, 19th Floor
   Los Angeles, California 90067
6  Telephone: (310) 553-3000
   Facsimile:  (310) 556-2920
7
   David P. Schack (SBN 106288)
8  david.schack@btlaw.com
   Matthew B. O'Hanlon (SBN 253648)
9  matthew.o'hanlon@btlaw.com
   BARNES & THORNBURG LLP
10 2029 Century Park East, Suite 300
   Los Angeles, CA 90067-3012
11 Telephone:  310-284-3880
   Facsimile:   310-284-3894
12
   Attorneys for Plaintiff and Counter-Defendant
13 Nigro Karlin Segal Feldstein & Bolno, LLC and
   Counter-Defendant Fred Nigro
14

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIGRO KARLIN SEGAL FELDSTEIN & BOLNO, LLC, a California limited liability company,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ASPEN AMERICAN INSURANCE COMPANY, a corporation, and DOES 1-100, inclusive,<br><br>　　　　　Defendants. | Case No. 2:17-cv-00811-JFW-JC<br><br>**ORDER ON STIPULATION TO REMAND CASE TO LOS ANGELES COUNTY SUPERIOR COURT** |

1       This Court, having read and considered the parties' Stipulation to Remand Case to Los Angeles County Superior Court, and for good cause shown, orders that this action is hereby remanded to Los Angeles County Superior Court based on the evidence regarding the citizenship of Plaintiff Nigro Karlin Segal Feldstein & Bolno, LLC ("NKSFB") presented in the Remand Motion filed by Plaintiff NKSFB and Counter-Defendant Fred Nigro (NKSFB and Nigro are collectively hereinafter referred to as the "NKSFB Parties") reflecting the absence of diversity and the lack of subject matter jurisdiction.  The NKSFB Parties shall have 30 days from the date of this Order in which to file in Los Angeles County Superior Court a response to Defendant and Counterclaimant Aspen American Insurance Company's ("Aspen") Counterclaim or, in the event that Aspen re-files its Counterclaim (which may be styled as a Cross-Complaint) in Los Angeles County Superior Court, counsel of record for the NKSFB Parties agrees to accept service of the Counterclaim/Cross-Complaint on behalf of Fred Nigro, and the NKSFB Parties shall have 30 days from the date on which Aspen re-files its Counterclaim/Cross-Complaint in which to file a response.  Without prejudice to the recovery of costs and attorneys' fees otherwise in this action, the parties shall each bear their own costs and attorneys' fees with respect to the Remand Motion and the Stipulation to Remand only.

**IT IS SO ORDERED.**

Dated:  March 13, 2017

_____
The Honorable John F. Walter
United States District Judge

---

1

ORDER ON STIPULATION TO REMAND CASE
TO LOS ANGELES COUNTY SUPERIOR COURT