**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**KIRY K. GRAY**
Clerk of Court

**WESTERN DIVISION**
312 North Spring Street, Room G−8
Los Angeles, CA 90012
Tel: (213) 894−3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701−4516
(714) 338−4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328−4450

March 13, 2017

Los Angeles County Superior Court − Central District
111 North Hill Street
Los Angeles, CA 90012

Re: Case Number: 2:17−cv−00811−JFW−JC
Previously Superior Court Case No. BC 645430
Case Name: NIGRO KARLIN SEGAL FELDSTEIN & BOLNO, LLC V. ASPEN AMERICAN INSURANCE COMPANY

Dear Sir/Madam:

Pursuant to this Court's ORDER OF REMAND issued on 3/13/2017, the above−referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to our office. Thank you for your cooperation.

Respectfully,

Clerk, U.S. District Court

By: */s/ Jenny Lam*
Deputy Clerk
(Jenny_Lam@cacd.uscourts.gov)
Western Division

*cc: Counsel of record*

---

Receipt is acknowledged of the documents described herein.

Clerk, Superior Court

By: ______________________
Deputy Clerk

______________________
Date